# Exhibit 2

|    | SME Artist | SME Track | Social Media Account | Content URL |
|----|------------|-----------|----------------------|-------------|
| 1  | Bad Bunny | MONACO | westinstfr | https://www.instagram.com/reel/CzG7ap9r9MT/ |
| 2  | Campsite Dream | September | marriottbonvoy | https://www.instagram.com/p/CiyUdScpkWA/ |
| 3  | Cheryl Lynn | Got To Be Real | jwmarcoisland | https://www.instagram.com/p/CqBCUu-MOy5/ |
| 4  | Doja Cat | Vegas | marriottlegacy | https://www.tiktok.com/@tiffofalltrades/video/7121904304016936238 |
| 5  | Justin Timberlake | SexyBack | marriottbonvoy | https://www.instagram.com/reel/CiXUJd1AM_2/ |
| 6  | Kaytranada, Charlotte Day Wilson | What You Need | gaylordnational | https://www.instagram.com/reel/CtHOma2NswB/ |
| 7  | Khalid with John Mayer | Outta My Head | jwmarcoisland | https://www.instagram.com/p/CqD6xj5Ds1L/ |
| 8  | Kina | Get You The Moon (ft. Snow) | ritzcarltondenver | https://www.instagram.com/reel/CVA5LW8JvnA/ |
| 9  | Labrinth | Forever | sheratondenverdowntown | https://www.instagram.com/reel/Cd4TYnKAppB/ |
| 10 | Mariah Carey | All I Want for Christmas Is You | gaylordrockies | https://www.instagram.com/p/CW4GGI5D0YE/ |
| 11 | Mariah Carey | All I Want for Christmas Is You | gaylordpalms | https://www.instagram.com/p/ClOtQgHpUPs/ |
| 12 | Mobb Deep | Shook Ones, Pt. II | watldowntown | https://www.instagram.com/p/CtICUjkvHgt/ |
| 13 | Nicky Youre & dazy | Sunroof | jwmarcoisland | https://www.instagram.com/reel/CoDJnLMpGfN/ |
| 14 | Percy Faith | The Theme from "A Summer Place" - Single Version | ritzcarltonkeybiscayne | https://www.instagram.com/reel/CbDvXsho-JV/ |
| 15 | Redbone | Come And Get Your Love | jwmarriottanaheim | https://www.instagram.com/reel/Cx5wjAeRZh3/ |
| 16 | Sparky Deathcamp | September | ritzcarltoncleveland | https://www.instagram.com/reel/Cq_d_giNPx-/ |
| 17 | The Chainsmokers | Roses | ritzcarltonsouthbeach | https://www.instagram.com/reel/CfR2H9cgVwr/ |
| 18 | Tony Bennett | The Good Life | ritzcarlton | https://www.instagram.com/reel/CdJwjYHIFkD/ |