# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN, LLC, ULTRA RECORDS, LLC, LAFACE RECORDS, LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, RECORDS LABEL, LLC, RIMAS ENTERTAINMENT, LLC and ZOMBA RECORDING LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARRIOTT INTERNATIONAL, INC. and DOES 1-50,<br><br>    Defendant. | C.A. No. 24-cv-00598-RGA |

## STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Defendant Marriott International, Inc. to answer, move, or otherwise respond to Plaintiffs' complaint (D.I. 1) is further extended to and including October 7, 2024 (from September 6, 2024).

Dated: August 28, 2024

|  |  |
|---|---|
| | **POTTER ANDERSON & CORROON, LLP** |
| OF COUNSEL: | */s/ Andrew L. Brown* |
| | Jennifer Wasson (#4933) |
| Sandra Crawshaw-Sparks (admitted *pro hac vice*) | Andrew L. Brown (#6766) |
| David Munkittrick (admitted *pro hac vice*) | Hercules Plaza, 6th Floor |
| Anisha Shenai-Khatkhate (admitted *pro hac vice*) | 1313 N. Market Street |
| Nicole Sockett (admitted *pro hac vice*) | Wilmington, DE 19801 |
| Proskauer Rose LLP | (302) 984-6000 |
| 11 Times Square | jwassson@potteranderson.com |
| New York, NY 10036 | abrown@potteranderson.com |
| Tel: 212-969-3000 | |
| scrawshaw@proskauer.com | *Counsel for Plaintiffs* |
| dmunkittrick@proskauer.com | |
| ashenai@proskauer.com | |
| nsockett@proskauer.com | |

**WILSON SONSINI GOODRICH
   & ROSATI, P.C.**

OF COUNSEL

*/s/ Nora M. Crawford*
Brad D. Sorrels (#5233)
Gary R. Greenstein             Nora M. Crawford (#6399)
WILSON SONSINI GOODRICH        222 Delaware Avenue, Suite 800
    & ROSATI, P.C.             Wilmington, DE 19801
1700 K Street NW               (302) 304-7600
Washington, D.C. 20006         bsorrels@wsgr.com
(202) 973-8800                 ncrawford@wsgr.com
ggreenstein@wsgr.com

Maura L. Rees
WILSON SONSINI GOODRICH
    & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
mrees@wsgr.com                 *Counsel for Defendant*


**SO ORDERED** this ___ day of _____, 2024.

_____
The Honorable Richard G. Andrews