**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SONY MUSIC ENTERTAINMENT,
SONY MUSIC ENTERTAINMENT US
LATIN, LLC, ULTRA RECORDS, LLC,
LAFACE RECORDS, LLC, ARISTA MUSIC,
ARISTA RECORDS, LLC, RECORDS LABEL,
LLC, RIMAS ENTERTAINMENT, LLC and
ZOMBA RECORDING LLC,

          Plaintiffs,

       v.

MARRIOTT INTERNATIONAL, INC. and
DOES 1-50,

          Defendant.

C.A. No. 24-cv-00598-RGA

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiffs Sony Music Entertainment; Sony Music Entertainment US Latin, LLC; Ultra Records, LLC; LaFace Records, LLC; Arista Music; Arista Records, LLC; Records Label, LLC; Rimas Entertainment, LLC and Zomba Recording LLC dismiss this action, *with prejudice*, and with each party bearing their own fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Per the aforementioned rule, no court order is required with this notice of dismissal.

Dated:  October 8, 2024

**POTTER ANDERSON & CORROON, LLP**

OF COUNSEL:

Sandra Crawshaw-Sparks (admitted *pro hac vice*)
David Munkittrick (admitted *pro hac vice*)
Anisha Shenai-Khatkhate (admitted *pro hac vice*)
Nicole Sockett (admitted *pro hac vice*)
Proskauer Rose LLP

*/s/ Andrew L. Brown*
Jennifer Wasson (#4933)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000

11 Times Square
New York, NY 10036
Tel: 212-969-3000
scrawshaw@proskauer.com
dmunkittrick@proskauer.com
ashenai@proskauer.com
nsockett@proskauer.com

OF COUNSEL

Gary R. Greenstein
WILSON SONSINI GOODRICH
   & ROSATI, P.C.
1700 K Street NW
Washington, D.C. 20006
(202) 973-8800
ggreenstein@wsgr.com

Maura L. Rees
WILSON SONSINI GOODRICH
   & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
mrees@wsgr.com

jwassson@potteranderson.com
abrown@potteranderson.com

*Counsel for Plaintiffs*

**WILSON SONSINI GOODRICH
   & ROSATI, P.C.**

*/s/ Nora M. Crawford*
Brad D. Sorrels (#5233)
Nora M. Crawford (#6399)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 304-7600
bsorrels@wsgr.com
ncrawford@wsgr.com

*Counsel for Defendant*